CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**OCT 1 8 2011**

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Harvey Lee Davis | ) | Case No: 5:02cr30020-5 |
| | ) | USM No: 07655-007 |
| Date of Previous Judgment:      04/07/2008 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. §
3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
    the last judgment issued)* of ___168___ months **is reduced to**   ___140*___   .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Offense Level: **31** | Amended Offense Level: **29** | |
| Criminal History Category: **V** | Criminal History Category: **V** | |
| Previous Guideline Range: **168** to **210** months | Amended Guideline Range: **140** to **175** months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
    of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
    amended guideline range.
☐ Other *(explain)*:

## III. ADDITIONAL COMMENTS

*Defendant's term of imprisonment is reduced to 140 months, but not less than time served.

Except as provided above, all provisions of the judgment dated   ___04/07/2008___   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:      ___10/18/2011___

_____
*Judge's signature*

Effective Date:      ___11/01/2011___
    *(if different from order date)*

Samuel G. Wilson, United States District Judge
*Printed name and title*